# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SILVERS SHIPS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 17-0404-TFM-N |
| | ) |
| **LOUIS T. CODEGA, P.E.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** and **DECREED** that **JUDGEMENT** is hereby entered in favor of Defendant, Louis T. Codega, P.E., and against Plaintiff, Silver Ships, Inc., with respect to Plaintiff's breach of contract claim as to the boat that was built for the Town of Southampton, New York, and as to Plaintiff's brief of contract claims as to the boat that was built for the United States Army Corps of Engineers. Accordingly, Plaintiff's aforementioned claims are hereby **DISMISSED** with prejudice.

It is further **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Counter-Claimant, Louis T. Codega, P.E., and against Counter-Defendant, Silver Ships, Inc. on Mr. Codega's breach of contract and anticipatory breach of contract counterclaim. Accordingly, Louis T. Codega, P.E. is awarded damages in the amount of $47,085.50.

There being no further issues pending before the Court, the Clerk of Court is directed to close this case.

**DONE and ORDERED** this 26th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE